# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANNDON W. HOCH, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-3220 |
| | : | |
| CARPENTER TECHNOLOGY CORPORATION | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW,** this 13th day of October, 2021, for the reasons set forth in the accompanying Memorandum containing the Court's findings of fact and conclusions of law for purposes of Federal Rule of Civil Procedure 52(a)(1) after a non-jury trial held on July 12 and 13, 2021, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Plaintiff Branndon W. Hoch and against Defendant Carpenter Technology Corporation.

Plaintiff Branndon W. Hoch is awarded damages in the following amounts:

1. $144,966.80 in lost wages and benefits;

2. Prejudgment interest on lost wages to be determined;

3. $39,062.40 in front pay, per year for ten years, for a total of $390,624; and

4. Reasonable attorney's fees and costs to be determined.

BY THE COURT

/s/ Chad F. Kenney

CHAD F. KENNEY, JUDGE